IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JANNETTE BUSH,                          )
                                        )
      Plaintiff,                        )
                                        )
      v.                                )        Case No. 08-0207-CV-W-HFS
                                        )
HICKMAN MILLS SCHOOL DISTRICT,          )
et al.,                                 )
                                        )
      Defendants.                       )

## ORDER

      The individual defendants have filed a motion to dismiss plaintiff's Title VII claims against them. They argue that there is no individual liability under Title VII and cite controlling case law. Plaintiff's opposition cites no authority to the contrary. The motion to dismiss is sound and will be granted.

      Accordingly, it is hereby

      ORDERED that the individual defendants' motion to dismiss (ECF doc. 10) is GRANTED. Individual defendants Bernice Dixon, Kay Bartlett, Faith Bayne, Chris Yaeger and Donna Jones are hereby dismissed from this action.

                   /s/ Howard F. Sachs
                   HOWARD F. SACHS
                   UNITED STATES DISTRICT JUDGE

March  31 , 2009

Kansas City, Missouri